**JEFFREY L. WALL - #58559**
Attorney at Law
6067 North Fresno Street, Suite 101
Fresno, California 93710-5264
Telephone (559) 222-9495
Telefax (559) 222-9496
Internet: jeffwall.law@sbcglobal.net

Attorney for: James E. Salven, Chapter 7 Trustee

(SPACE BELOW FOR FILING STAMP ONLY)

FILED
JUL 16 2007
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

# IN THE UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

In the Matter of ) Case No. 05-11295-A-11
) DC No. JLW-10
ROSENDAHL FARMS, INC., )
) ORDER AUTHORIZING TRUSTEE
) TO EMPLOY COUNSEL
Debtor. )
) [No hearing required]
)

An application to employ attorney pursuant to 11 U.S.C. § 327 has been made. Based upon the application, the record, and the verified statement required by Bankruptcy Rule 2014(a),

It appears that the attorney is eligible to be employed. The Court hereby approves, subject to the following reasonable terms and conditions and to the applicable provisions of 11 U.S.C. §327 and §§329-331 set forth below, the employment of Thomas H. Armstrong.

Reasonable terms and conditions of employment include the following matters related to compensation:

RECEIVED
July 10, 2007
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0000825158

THORIZING TRUSTEE TO EMPLOY COUNSEL
-1-

539

1. No compensation is permitted except upon court order following application pursuant to 11 U.S.C. §330(a).

2. Compensation will be at the "lodestar rate" applicable at the time that services are rendered in accordance with the Ninth Circuit decision in <u>In re Manoa Fin. Co.</u>, 853 F.2d 687 (9th Cir. 1988). No hourly rate referred to in the application is approved unless unambiguously so stated in this order or in a subsequent order of this Court.

Dated: 7/16/ , 2007

_____
Whitney Rimel, Judge
United States Bankruptcy Court

JEFFREY L. WALL
6067 N Fresno #101
Fresno, CA 93710
(559) 222-9495

ORDER AUTHORIZING TRUSTEE TO EMPLOY COUNSEL

-2-